No. 92–8997. BAILEY *v.* HENMAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–8998. BOAGS *v.* BEVERLY HILLS MUNICIPAL COURT ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–8999. BOUNDS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9001. MORALES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–9002. PATRICK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–9003. LUCAS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 92–9004. VEALE ET AL. *v.* TOWN OF MARLBOROUGH, NEW HAMPSHIRE. Super. Ct. N. H., Cheshire County. Certiorari denied.

No. 92–9005. BELL *v.* DEEDS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–9007. MORGAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–9008. MCGOUGH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–9009. PITTMAN *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 92–9010. CLARKE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–9011. ALLEN *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. C. A. 9th Cir. Certiorari denied.

No. 92–9013. OKECHUKWU *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–9015. BERRIOS-COLON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.